UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

- against -

STEPHEN KENNETH LEECH,

                Defendant.
------------------------------------------------------------------X

NOTICE OF MOTION

ECF Case

No. 24 Civ. 9017 (KPF)

PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in the criminal case *United States* v. *S. Kenneth Leech II*, 24 Cr. 658 (GHW) (the "Criminal Case"); and the accompanying memorandum of law, the United States of America, by its attorney Edward Y. Kim, Acting United States Attorney for the Southern District of New York, and Peter J. Davis and Thomas S. Burnett, Assistant United States Attorneys, will move this Court for an order (i) to intervene in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and (ii) to stay this matter in its entirety until the conclusion of the Criminal Case, as well as for such other relief as the Court deems just and proper.

Dated: New York, New York
       January 14, 2025

                                                EDWARD Y. KIM
                                                Acting United States Attorney

                                                /s/_____
                                                Peter J. Davis
                                                Thomas S. Burnett
                                                Assistant United States Attorneys
                                                Telephone: (212) 637-2468 / 1064