

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE



April 10, 2026

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

     **Re:**     ***SEC v. Leech*, 24-cv-9017 (KPF) (CHK)**

Dear Judge Failla:

     Plaintiff Securities and Exchange Commission respectfully submits a status update on behalf of the parties concerning the related criminal action pending before the Honorable Gregory H. Woods, *United States v. Leech II*, 24-cr-658 (GHW) (the "Criminal Case").

     By Order dated January 21, 2025, this Court instructed the parties to provide updates concerning the scheduling of the trial in the Criminal Case, conclusion of that trial, or "any other significant update in the Criminal Case." (ECF No. 16 at 4.) On May 29, 2025, counsel for defendant S. Kenneth Leech filed a status update informing the Court that Judge Woods had scheduled the trial in the Criminal Case to begin on April 6, 2026. (ECF No. 17.) We now write to inform the Court that, on February 25, 2026, Judge Woods adjourned the trial start date to June 15, 2026. (*See* Criminal Case, ECF Minute Entry, dated Feb. 25, 2026).

     The parties will provide additional updates to the Court consistent with Your Honor's January 21, 2025 Order.

                         Respectfully submitted,

                         /s/ Christopher M. Colorado
                         Christopher M. Colorado
                         SECURITIES AND EXCHANGE COMMISSION
                         New York Regional Office
                         100 Pearl St., Suite 20-100
                         New York, NY 10004-2616
                         (212) 336-9143
                         ColoradoCh@sec.gov

cc:  Counsel of Record (via ECF)

Consistent with the Court's prior order (Dkt. #16 at 4), the parties are ORDERED to provide the Court with a status update within one week of the conclusion of a trial or any other significant update in the Criminal Case.  Thereafter, the parties shall provide status updates to the Court every six months, or within one week of any significant update in the Criminal Case.

Dated:     April 13, 2026                SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE